**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01312-CV

### IN RE KENNETH L. BUHOLTZ, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51173-2010**

## ORDER

Before the Court is relator's November 8, 2016 petition for writ of mandamus. The Court requests that the Real Party in Interest and Respondent file their responses to the petition, if any, on or before December 15, 2016.

/s/     DAVID L. BRIDGES
          JUSTICE